# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

v.                    Case No. 5:10-CR-8-OC-31KRS

**BARTON BRAND, SR.**

---

## ORDER

This matter comes before the Court on the motion (Doc. 53) of the Defendant, Barton Brand Sr., for authorization to retain a mental health expert. After reviewing the motion, it is hereby

**ORDERED** that the motion (Doc. 53) is **GRANTED**, and the Defendant is **AUTHORIZED** to retain Dr. Michael Maher to perform an examination and to prepare a report as to his competency to stand trial and at the time of the offense. And it is further

**ORDERED** that the Defendant's Motion to Seal (Doc. 49) is **DENIED AS MOOT**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 17, 2010.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party